WASHBURN & MOEN MANUFACTURING COMPANY *v.* COLWELL
STEEL BARB FENCE COMPANY and others.

WASHBURN & MOEN MANUFACTURING COMPANY and another *v.*
COLWELL STEEL BARB FENCE COMPANY and others.

SAME *v.* SAME.

*(Circuit Court, D. Connecticut.* March 18, 1880.

Motion to vacate or modify decrees obtained in the above
suits by the Iowa Barb Steel Wire Company, upon the
ground that said decrees are being used in other courts in
applications for injunctions against it or its agents.

SHIPMAN, J.  At the September term, 1878, of this court,
three final decrees for the plaintiffs were obtained—one in the
suit of the Washburn & Moen Manufacturing Company against
the Colwell Steel Barb Fence Company and others, and two
in two suits of the same plaintiff and Isaac L. Ellwood against
the same defendants.  These three decrees were obtained by
consent of the parties, no argument having been had thereon,
and by unusual inadvertence this fact was not incorporated
in the decrees.  The patents which were involved in the suits
were reissued letters patent, Nos. 6976, 6913, 6914, 7136,
6902, 7036, (division "B,") and 7566.

The Iowa Barb Steel Wire Company, not a party to these
suits, now moves that it be permitted to intervene in said
causes; and, alleging in substance that it is incidentally
affected by the decision of the questions involved in said
decrees, and that said decrees are being used, to a certain
extent, in applications for injunctions against itself, or its
agents, in other circuit courts, prays that this court will va-
cate said decrees, or will modify them so far as to express the
true circumstances and facts under which they were ob-
tained.

Service of said motion was made upon the solicitor for the
plaintiffs in this court.  The plaintiffs' counsel have not ap-
peared, for the alleged reason that, in their opinion, the court

would not entertain favorably a summary motion of a stranger to said suits to vacate or modify said decrees upon the grounds stated in said motion. Said counsel also sent their motion papers in the now pending Massachusetts case.

I find, upon examination of the affidavit of Charles L. Washburn, that the court is informed that the decrees in all the cases therein mentioned, including the Connecticut cases, were submitted to, or were consented to, and that the end of the litigation was by agreement. Entertaining serious doubts of the power to grant the motion for the cause alleged, at the instance of a stranger to the suits, the motion is denied.